# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLOREA CIUPANGEL, | | No. 4:19-CV-00208 |
| Petitioner, | | (Judge Brann) |
| v. | | |
| WARDEN CLAIRE DOLL, | | |
| Respondent. | | |

## ORDER

### MARCH 27, 2019

Florea Ciupangel, a detainee of the Department of Homeland Security, Immigration and Customs Enforcement presently confined at the York County Prison, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Ciupangel has paid the required filing fee. Consequently, **IT IS HEREBY ORDERED** that:

1.  The Clerk of Court is directed to **SERVE** a copy of the petition (Doc. 1) and this Order on Respondent and the United States Attorney;

2.  Within 30 days of the date of this Order, Respondent shall show cause as to why the petition should not be granted; and

3.     Petitioner shall, if he so desires, file a reply to the response within 14

days of Respondent's filing.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge